IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DONNELL BROWN, | * |
| Petitioner | * |
| vs. | * |
| | CASE NO. 4:10-CV-32 (CDL) |
| WILLIAM TERRY, Warden, | * |
| Respondent | * |

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on July 16, 2010. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 29th day of September, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE